IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSHUA DAVID MARTINEZ | § | |
|     TDCJ-CID # 1076379 | § | |
| v. | § | C.A. NO. C-08-197 |
| | § | |
| R. MENCHACA, ET AL. | § | |

## ORDER REGARDING MOTION FOR COPIES

This is a civil rights action filed by a state prisoner pursuant to 42 U.S.C. § 1983. Pending is plaintiff's motion seeking copies of documents filed in this cause. (D.E. 107). Specifically, he seeks a copy of the docket sheet and an order that the Clerk of the Court provide him with whatever documents he requests. Id. at 2.

The Fifth Circuit has long established that inmates are not entitled to court records at the Government's expense. See Harless v. United States, 329 F.2d 397, 398-99 (5th Cir. 1964) (per curiam).

The Clerk of the Court is ORDERED to provide plaintiff with a current copy of the docket sheet. Plaintiff may file a motion seeking specific documents, but must provide a justification for each document addressing why he needs it and why he does not have a copy.

ORDERED this 16th day of January 2009.

_____
BRIAN L. OWSLEY
UNITED STATES MAGISTRATE JUDGE